Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

BROWN, Justice Ben                                    Crim. No.:  09-CR-20095-01

On March 14, 2019, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on April 1, 2019, and the Court made the following finding:

 X    Guilty of violating conditions of supervision. BROWN to be continued on supervised release with all conditions previously imposed remaining in full effect.

Respectfully submitted,

s/LaMisha J. Rice
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 15th Day of April, 2019.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge